SO. CAL EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
ROY YIUN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PARRINO RESTAURANT GROUP, LLC D/B/A COLUMBO'S ITALIAN STEAKHOUSE; MICHAEL SANNES; and DOES 1 through 10,; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 2:19-cv-01684-DSF (MRWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff **ROY YIUN** ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　　(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: August 15, 2019         SO. CAL EQUAL ACCESS GROUP

                                     */s/ Jason Yoon*
                                     JASON YOON
                                     Attorney for Plaintiff